1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DAVID ANTHONY FALLON,

11          Plaintiff,                    CIV. S-06-1156 LKK GGH PS
           vs.                           CIV. S-06-1694 LKK GGH PS
12                                       CIV. S-06-1900 LKK GGH PS

13   UNITED STATES GOVERNMENT,
                                         <u>ORDER</u>
14          Defendant.
     _____/

15

16          On October 17, 2006, the magistrate judge filed findings and recommendations

17   herein which were served on the parties and which contained notice that any objections to the

18   findings and recommendations were to be filed within ten days.  No objections were filed.

19          Accordingly, the court presumes any findings of fact are correct.  <u>See</u> <u>Orland v.</u>

20   <u>United States</u>, 602 F.2d 207, 208 (9th Cir. 1999).  The magistrate judge's conclusions of law are

21   reviewed de novo.  <u>See</u> <u>Britt v. Simi Valley Unified School Dist.</u>, 708 F.2d 452, 454 (9th Cir.

22   1983).

23          The court has reviewed the applicable legal standards and, good cause appearing,

24   concludes that it is appropriate to adopt the Proposed Findings and Recommendations in full.

25   \\\\\

26   \\\\\

                                              1

Accordingly, IT IS ORDERED that:

1.  The Proposed Findings and Recommendations filed October 17, 2006, are ADOPTED; and

2.  These matters are dismissed for lack of subject matter jurisdiction.  See Fed. R. Civ. P. 12(h)(3).

DATED:   December 1, 2006.


LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2